mada á instancia de la parte apelante. Abogado del apelante: *Sr. Méndez Vaz.*

No. 24. LUGO *v* GONZÁLEZ. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Marzo 21, 1905. Desestimada por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento. Abogado del promovente: *Sr. Smith.* Abogado de la parte contraria: *Sr. García Cuervo.*

No. 25. CÁMARA *v.* SUCESIÓN ROSCH. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Marzo 21, 1905. Desestimada por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento. Abogado del promovente: *Sr. Quintero.* Abogado de la parte contraria: *Sr. Ramírez.*

No. 44. MONTOYA *v.* ORTIZ. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 3, 1905. Desistida á instancia de la parte apelante. Abogado del apelante: *Sr. Texidor.*

No. 35. RODRÍGUEZ ET AL *v.* GANDÍA. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 3, 1905. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento. Abogado del promovente: *Sr. Ramírez.*

No. 74. RODRÍGUEZ *v.* CANAL HERMANOS Y CA. Apelación procedente de la Corte de Distrito de Ponce. Resuelto en Abril 4, 1905. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. López de Tord.*

No. 116. MONTILLA *v.* VANSICKEL ET AL. Moción solicitando reducción de fianza en apelación interpuesta contra sentencia del Tribunal Supremo de Puerto Rico para ante el Tribunal Supremo de los Estados Unidos. Resuelto en Abril 5, 1905. Concedida la moción. Abogados del promovente: *Sres. Hartzell y Rodríguez Serra.* Abogado de la parte contraria: *Sr. Acuña.*

No. 15. SALVÁ *v.* SUCESIÓN BORRÁS GINART. Moción para que se admita apelación contra resolución del Tribunal Supremo de